IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN EDWARD PICKETT,
    Plaintiff,

vs.                                        CASE NO.: 3:06cv457/MCR/MD

ALBERTO YU, et al.,
    Defendants.
                                 /

O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 13, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

       Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now ORDERED as follows:

       1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.    This cause is dismissed without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

       DONE AND ORDERED this 13th day of December, 2006.

                                              s/ *M. Casey Rodgers*
                                              M. CASEY RODGERS
                                              UNITED STATES DISTRICT JUDGE